DAN C. NOLAN, JR., et al., on Behalf of Themselves and All Other Residents or Property Owners in the Towns of Greenburgh and Eastchester and City of Yonkers Similarly Situated, Respondents, v. CITY OF YONKERS et al., Appellants. — Defendants appeal from a judgment restraining them from using or operating a parcel of real property owned by the defendant city as a "refuse dumping ground", and from "dumping or depositing" thereon "any material of any kind or nature other than clean earth, rocks and stones". Judgment unanimously affirmed, with one bill of costs to respondents Jaffe and Roche against appellants. No opinion. Present — Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Murphy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM D. CARA-CELLI, Appellant. — Order of the County Court, Queens County, denying appellant's application (1) to vacate a judgment convicting him, upon his plea of guilty, of the crime of attempted burglary in the third degree and sentencing him as a second felony offender, and (2) to resentence him as a first offender, affirmed. No opinion. Nolan, P. J., Wenzel, Schmidt, Beldock and Murphy, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OSCAR CUEBAS, Also Known as OSCAR CUEVAS, Appellant. — Appeal by defendant from a judgment of the County Court of Kings County, convicting him of conspiracy to operate a lottery, and sentencing him to serve an indeterminate term in the penitentiary. Judgment unanimously affirmed. No opinion. Present — Nolan, P. J., Wenzel, Schmidt, Beldock and Murphy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HEYWOOD NIXON, Also Known as FRED N. NIXON, Appellant. — Order of the County Court, Nassau County, denying a motion to vacate its judgment convicting appellant of burglary in the third degree and grand larceny in the first degree, on his plea of guilty, affirmed. No opinion. Nolan, P. J., Wenzel, Schmidt, Beldock and Murphy, JJ., concur.

LEON J. RISIKOFF, Appellant, v. SINA B. RISIKOFF, Respondent. — In an action for annulment on the ground of fraud, plaintiff appeals from a judgment dismissing his complaint on the merits. The alleged fraud was that prior to the marriage of the parties in 1934 the defendant, in order to induce plaintiff to marry her, falsely represented to him, a rabbi of the Orthodox Hebrew faith, that she was a widow and that she had never been divorced. The trial court found that plaintiff had not established the alleged fraud. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Wenzel. Schmidt, Beldock and Ughetta, JJ. [See *post,* p. 1159.]